# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 713 MAL 2014

                    Respondent     :

                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court

          v.                :

RONALD POLLACK, :

                    Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.